# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
James Ramos

**DEFENDANTS**
Exelon Generation Company d/b/a ComEd

**(b)** County of Residence of First Listed Plaintiff: Lake
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Lisa Kane & Associates, P.C.
120 S. LaSalle St., Suite 1420
Chicago, IL

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
National Origin Discrimination under 42 U.S.C. § 1981 and 42 U.S.C. § 2000e and Age Discrimination under 29 U.S.C. § 621

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
DEMAND $
JURY DEMAND: [X] Yes [ ] No

## IX. This case
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 8/7/08
SIGNATURE OF ATTORNEY OF RECORD

FILED: AUGUST 7, 2008
08CV4478
JUDGE COAR
MAGISTRATE JUDGE BROWN
JFB