AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

JAMES RAMOS, Plaintiff,

CASE NUMBER: 08CV4478

V.

ASSIGNED JUDGE: JUDGE DAVID H. COAR

EXELON GENERATION GROUP, LLC
d/b/a COMED, Defendant.

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

EXELON GENERATION GROUP, LLC d/b/a COMED
c/o C T Corporation System
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

J. Cervantes
--------------------------------
(By) DEPUTY CLERK

August 8, 2008
--------------------------------
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 11, 2008 |
| NAME OF SERVER *(PRINT)* THOMAS E. NOLAN | TITLE  Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Roseann Saldana

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 11, 2008     *[Signature of Server]*
                 Date

Suite 1420
120 S. LaSalle
Chicago, IL. 60603
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## CORPORATION FILE DETAIL REPORT

| Entity Name | COMMONWEALTH EDISON COMPANY | File Number | 07636466 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 09/17/1907 | State | ILLINOIS |
| Agent Name | VERONICA GOMEZ | Agent Change Date | 01/24/2008 |
| Agent Street Address | 10 SO DEARBORN STREET 49TH FL | President Name & Address | J BARRY MITCHELL 440 S LASALLE ST CHICAGO 60605 |
| Agent City | CHICAGO | Secretary Name & Address | DONNA H MASSEY 440 S LASALLE ST CHICAGO 60605 |
| Agent Zip | 60603 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2008 |
| Assumed Name | ACTIVE - COMED<br>ACTIVE - EXELON POWER TEAM<br>ACTIVE - EXELON NUCLEAR<br>ACTIVE - EXELON GENERATION | | |

Return to the Search Screen        Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE