# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number:   08 CV 4478

JAMES RAMOS, Plaintiff

v.

EXELON GENERATION GROUP, LLC d/b/a COMED, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant

---

NAME (Type or print)
Todd D. Steenson

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/ Todd D. Steenson

FIRM   Holland & Knight LLP

STREET ADDRESS   131 S. Dearborn St. 30th Floor

CITY/STATE/ZIP   Chicago, Illinois 60603

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6231486 | TELEPHONE NUMBER   312-263-3600 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL