IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES RAMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 4478 |
| ) | Judge Coar |
| EXELON GENERATION GROUP, LLC d/b/a ) | Magistrate Judge Brown |
| COMED, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT, COMMONWEALTH EDISON COMPANY'S RULE
7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Commonwealth Edison Company ("ComEd"), improperly named as EXELON GENERATION GROUP, LLC d/b/a COMED, discloses that:

ComEd is a wholly owned subsidiary of Exelon Energy Delivery Company, LLC. Exelon Energy Delivery Company, LLC, in turn, is a wholly owned subsidiary of Exelon Corporation. Exelon Corporation is a publicly traded company.

DATED: September 2, 2008

Respectfully submitted,

**COMMONWEALTH EDISON COMPANY**

By: /s/Steven L. Gillman
    One of Its Attorneys

Steven L. Gillman
Todd D. Steenson
Kelli A. Fitzgerald
Holland & Knight LLP
131 South Dearborn Street, 30th Floor
Chicago, Illinois 60603
(312) 263-3600
Steven.gillman@hklaw.com
Todd.steenson@hklaw.com
Kelli.fitzgerald@hklaw.com

## CERTIFICATE OF SERVICE

I, Steven L. Gillman, an attorney, hereby certify that on September 2, 2008, I filed Defendant's **Defendant Commonwealth Edison Company's Rule 7.1 Disclosure Statement** via electronic filing and that service was accomplished pursuant to the ECF for filing users.

s/*Steven L. Gillman*
One of Its Attorneys

# 5578404_v1